UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETHANNE MILLER** <br> Plaintiff <br> <br> vs. <br> **TRANS UNION, LLC, et al** <br> Defendants | Case Number 2:24-cv-03047-JHS |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, BETHANNE MILLER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against TRANS UNION, LLC, with prejudice. Each party is responsible for their own attorney's fees.

                                                Vullings Law Group, LLC

BY:   */s/ Brent F. Vullings*_____
            Brent F. Vullings, Esq.
            3801 Germantown Pike Suite 204
            Collegeville, PA 19426
            610-489-6060

            *Attorney for Plaintiff*
            *Bethanne Miller*