IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANNE MILLER,<br><br>                Plaintiff,<br><br>   v.<br><br>TRANS UNION, LLC, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. |

## ORDER

**AND NOW**, this 17th day of December, 2024, upon consideration of Defendant Midland Funding LLC's Motion to Dismiss the Complaint (Doc. No. 17), Plaintiff's Response in Opposition (Doc. No. 18), Defendant Midland Funding LLC's Reply (Doc. No. 19), the arguments of counsel for the parties at the hearing held on November 25, 2024, and in accordance with the Opinion of the Court issued this date, it is **ORDERED** that Defendant Midland Funding LLC's Motion to Dismiss the Complaint (Doc. No. 17) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.